IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHRISTOPHER LEE BIBEY,            )
                                  )
            Plaintiff,            )
                                  )
      v.                          )
                                  )        1:25-cv-514
MOORE COUNTY DETENTION CENTER,    )
MAJOR FLINT, CPRL. RODRIGUEZ,     )
and SGNT. PARKER,                 )
                                  )
            Defendants.           )

## ORDER

This matter is before the court for review of the Order and Recommendation ("Recommendation") filed on October 21, 2025, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). In the Recommendation, the Magistrate Judge finds the form of the Complaint is such that serious flaws make it impossible to further process. Consequently, recommends that the Complaint should be dismissed without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present Complaint. The Recommendation was served on Plaintiff October 21, 2025. Because of the mailings being returned to the court as undeliverable on multiple occasions, the Recommendation was served again on Plaintiff on December 19, 2025, April 2, 2026, June 1, 2026 and June 16, 2026. (Docs. 4, 14, 17; Doc. Ent. 4/2/2026.) Plaintiff has filed objections,

(Doc. 18), to the Recommendation. On May 12, 2026, Plaintiff filed a Request for Counsel, (Doc. 12). In light of the dismissal of this action, Plaintiff's motion is denied as moot.

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . .[,] or recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has considered Plaintiff's arguments in his objections and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED.**

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's request for counsel, (Doc. 12), is **DENIED as MOOT.**

- 2 -

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 2nd day of July, 2026.

_____
United States District Judge

- 3 -